# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Nafis Akeem-Alim Abdullah-Malik,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:22-cv-00125-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mecklenburg County,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on 3/14/2023.

March 14, 2023

Frank G. Johns, Clerk
United States District Court